UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER: 5:11-CR-376-1BO

United States of America
vs.                                                    ORDER
Timothy Harris

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to **Robert M. Fleer, ATF** and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Govt's Exhibit(s): # 1 - Black Handgun

This 25th day of June, 2012 - Exhibit received by:

Robert M. Fleer, ATF
Print name

_____
Sign name

June 25, 2012

TERRENCE W. BOYLE, US District Judge